| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| RUSTON BENOIT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 1:08-CV-263 |
| | § | |
| BAY, LTD., and PREMCOR REFINING GROUP, INC., | § § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Ruston Benoit's Rule 41 Motion to Dismiss Defendant The Premcor Refining Group, Inc. ("Premcor") (#44) is GRANTED. Accordingly, Plaintiff's claims against Premcor are dismissed with prejudice. Plaintiff's claims against Defendants Bay, Ltd., remain pending.

SIGNED at Beaumont, Texas, this 26th day of February, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE