| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

RUSTON BENOIT, §
§
　　　　Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:08-CV-263
§
BAY, LTD., and PREMCOR REFINING §
GROUP, INC., §
§
　　　　Defendants. §

## ORDER OF DISMISSAL

The parties' Joint Motion For Dismissal With Prejudice (#50) is GRANTED. Accordingly, the above-styled case is dismissed with prejudice, and each party shall bear its own costs of court, attorneys' fees, and expenses.

This court retains jurisdiction to enforce the settlement.

SIGNED at Beaumont, Texas, this 8th day of October, 2009.

　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE